## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JASON GUAJARDO, Individually, and on behalf of all others similarly situated,** § § § | | |
| *Plaintiff,* § § | | |
| **v.** § § | NO. | MO:18-CV-00025 DC |
| **BIRD ELECTRIC ENTERPRISES, LLC.,** § § | | |
| *Defendant.* § | | |

### AND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LOPEZ, Individually, and on behalf of all others similarly situated,** § § § | | |
| *Plaintiff,* § § | | |
| **v.** § § | NO. | MO:18-CV-00231 DC |
| **BIRD ELECTRIC ENTERPRISES, LLC.,** § § | | |
| *Defendant.* § | | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 100) and (Doc. 58) filed November 23, 2020.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 24th day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE